EXHIBIT 3

| US9497035 | Tencent Cloud- Video Solution ("The Accused Product") |
|---|---|
| 16. A user request routing system (RRS), comprising one or more computing hardware which executes program instructions stored in a non-transitory computer-readable storage medium, which cause the RRS to: | The accused product discloses a user request routing system (RRS) (e.g., Tencent Cloud CDN), comprising one or more computing hardware (e.g., edge servers, origin servers, encoders etc.) which executes program instructions stored in a non-transitory computer-readable storage medium (e.g., edge servers, origin servers).<br><br>Tencent Cloud CDN receives a request from a user and route it to the appropriate server location.<br><br><br>https://intl.cloud.tencent.com/solution/video |

EXHIBIT 3



VOD

One-stop VOD service with tens of thousands of distributed transcoding clusters and over 600 CDN nodes.

LVB

Top-speed distribution in two seconds, millions of concurrent connections, quick publishing and player SDK for you to acquire LVB capability with ease.

ILVB

Ultra-low delay of 400 ms, VJ-audience joint broadcasting and interaction, mainstream platform broadcasting SDK and brand-new LVB solution with various special effects.

IM

Various communication services such as instant messaging, audio/video communication, PSTN voice communication, text/voice SMS, traffic services and much more.

# Dedicated cloud services provide one-stop services

Complete VOD, LVB, ILVB and IM services are provided.

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



## Video on Demand (VOD)

The service gathers Tencent's powerful video processing capabilities to provide one-stop VOD service. We provide customers with fast, reliable and secure video services such as flexible video uploading, quick transcoding, convenient publishing, custom player development, blacklist and whitelist and URL hotlink protection.

### All-Round
One-stop Transmission and Management Platform

### Fast
Advanced Transcoding Cluster and CDN

### Easy
Quick Publishing

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



## Live Video Broadcasting (LVB)

Relying on Tencent's powerful technology platform, the service provides users with professional, stable and fast LVB access and distribution services, and fully satisfies the strict requirements for ultra-low delay and massive concurrent connections. It provides flexible HLS/RTMP access and distribution methods as well as flexible player SDK and statistical features.

**Flexible**

Access to All Types of Video Sources

**Expandable**

Integration of ILVB and VOD

**Rich**

Complete APIs and Statistical Features

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3

Documentation > Content Delivery Network > Product Introduction > Basic Concepts

# Basic Concepts

⬇ Download PDF

Last updated: 2020-06-02 11:31:24

### Origin server

This refers to your stably running business server. On the CDN Console, you can select an external server or COS as the origin server.

### External origin

This refers to a server where your own web service is deployed. When connecting to an acceleration domain name, you can enter the server's public IP address as the origin server.

### COS origin

If resources have already been stored in COS, a bucket can be selected as the origin server.

### Edge server

This refers to a network node that CDN uses to cache the content of your origin server in order to quickly respond to user requests from different regions.

https://intl.cloud.tencent.com/document/product/228/36183

EXHIBIT 3

CDN can accelerate global delivery of static resources such as massive amounts of audio/video files, images, and files stored in CVM. With CDN's global cache nodes and scheduling capabilities, frequently requested resources can be delivered to edge servers in advance. When they are accessed or downloaded by end users, the cached resources on a nearby node will be returned.

CDN acceleration for CVM not only reduces the pressure on the origin server, transfer delay, and bandwidth costs, but also significantly improves the service availability.



https://intl.cloud.tencent.com/document/product/228/34035

EXHIBIT 3

| | |
|---|---|
| manage information of a first node; | The accused product discloses a system to manage information (e.g., request) of a first node (e.g., user's device).<br><br><br><br>https://intl.cloud.tencent.com/document/product/267/31567 |

EXHIBIT 3



Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777

EXHIBIT 3

<table>
<tr>
<td></td>
<td>

## How does content become cached?

When a user requests content from a website using a CDN, the CDN fetches that content from an origin server, and then saves a copy of the content for future requests. Cached content remains in the CDN cache as long as users continue to request it.

## What is a cache hit? What is a cache miss?

A cache hit is when a client device makes a request to the cache for content, and the cache has that content saved. A cache miss occurs when the cache doesn't have the requested content. In the case of a cache miss, a CDN server will pass the request along to the origin server, then cache the content once the origin server responds, so that subsequent requests will result in a cache hit.

https://www.cloudflare.com/learning/cdn/what-is-caching/

</td>
</tr>
<tr>
<td>manage a live broadcast topology structure that defines the interconnecti on between a plurality of nodes receiving live broadcast content, and a video-on-demand</td>
<td>

The accused product discloses a system to manage a live broadcast topology structure (e.g., Live streaming architecture) that defines the interconnection between a plurality of nodes (e.g., Live media source, encoder, end users etc.) receiving live broadcast content (e.g., content from the live source), and a video-on-demand topology structure (e.g., video-on-demand architecture) that defines the interconnection between a plurality of notes (encoder, end users etc.) receiving video-on-demand content (e.g., content from source of video file), the live broadcasting topology portion is different and separate from the video-on-demand topology portion without sharing a common root node.

As shown below, the architecture of live streaming and video-on-demand are different from each other without sharing a common root node. In the live streaming architecture, live source is the root node, whereas, in the video-on-demand architecture, source of video file is the root node.

</td>
</tr>
</table>

EXHIBIT 3

topology structure that defines the interconnection between a plurality of notes receiving video-on-demand content, the live broadcasting topology portion is different and separate from the video-on-demand topology portion without sharing a common root node, wherein:



One-stop VOD service with tens of thousands of distributed transcoding clusters and over 600 CDN nodes.

Top-speed distribution in two seconds, millions of concurrent connections, quick publishing and player SDK for you to acquire LVB capability with ease.

Ultra-low delay of 400 ms, VJ-audience joint broadcasting and interaction, mainstream platform broadcasting SDK and brand-new LVB solution with various special effects.

Various communication services such as instant messaging, audio/video communication, PSTN voice communication, text/voice SMS, traffic services and much more.

# Dedicated cloud services provide one-stop services

Complete VOD, LVB, ILVB and IM services are provided.

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



## Live Video Broadcasting (LVB)

Relying on Tencent's powerful technology platform, the service provides users with professional, stable and fast LVB access and distribution services, and fully satisfies the strict requirements for ultra-low delay and massive concurrent connections. It provides flexible HLS/RTMP access and distribution methods as well as flexible player SDK and statistical features.

**Flexible**
Access to All Types of Video Sources

**Expandable**
Integration of ILVB and VOD

**Rich**
Complete APIs and Statistical Features

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



https://intl.cloud.tencent.com/document/product/267/31567

EXHIBIT 3



## Video on Demand (VOD)

The service gathers Tencent's powerful video processing capabilities to provide one-stop VOD service. We provide customers with fast, reliable and secure video services such as flexible video uploading, quick transcoding, convenient publishing, custom player development, blacklist and whitelist and URL hotlink protection.

### All-Round
One-stop Transmission and Management Platform

### Fast
Advanced Transcoding Cluster and CDN

### Easy
Quick Publishing

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



**Product Architecture**

Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777

| at least some of the nodes that are part of the live broadcasting topology and at least some of the nodes | The accused product discloses at least some of the nodes (e.g., Live media source, encoder, end users etc.) that are part of the live broadcasting topology (e.g., Live streaming architecture) and at least some of the nodes (e.g., Live media source, encoder, end users etc.) that are part of the video-on-demand topology (e.g., video-on-demand architecture) correspond to end user nodes. |
|---|---|

EXHIBIT 3

| | |
|---|---|
| that are part of the video-on-demand topology correspond to end user nodes and | <br><br>https://intl.cloud.tencent.com/document/product/267/31567 |

EXHIBIT 3



Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777

| the live broadcasting topology structure and the video-on-demand topology structure | The accused product discloses the live broadcasting topology structure (e.g., Live streaming architecture) and the video-on-demand topology structure (e.g., video-on-demand architecture) each provide different content originated from different root node.<br><br>As shown below, live streaming architecture provide content from the live source whereas video-on-demand architecture provide content from the source of Video file. |
| --- | --- |

EXHIBIT 3

| each provide different content originated from different root node, | <br><br>https://intl.cloud.tencent.com/document/product/267/31567 |

EXHIBIT 3

## Product Architecture



Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777

| the first node corresponds to an end user node, and nodes that are part of the video-on-demand | The accused product discloses the first node (e.g., end user) corresponds to an end user node, and nodes (encoder, end users etc.) that are part of the video-on-demand topology (e.g., video-on-demand architecture) receive at least some different media content of the different root node from nodes (e.g., Live media source, encoder, end users etc.) that are part of the live broadcasting topology (e.g., Live streaming architecture).

As shown below, nodes such as transcoding, playback endpoints etc. are common in both the architectures, i.e. live streaming architecture and the video-on-demand architecture. Therefore, nodes, such as transcoding, playback endpoints etc., of the video-on-demand architecture receive media from the nodes, such as live source that are part of the live streaming architecture. |

EXHIBIT 3

| topology receive at least some different media content of the different root node from nodes that are part of the live broadcasting topology; and | <br><br>https://intl.cloud.tencent.com/document/product/267/31567 |

EXHIBIT 3



EXHIBIT 3



EXHIBIT 3

| | https://intl.cloud.tencent.com/document/product/266/7898 |
|---|---|
| manage information of one or more live broadcast edge servers and one or more video-on-demand edge servers; wherein | The accused product discloses the system to manage information (e.g., details of the edge servers) of one or more live broadcast edge servers and one or more video-on-demand edge servers.<br><br>The accused product manages the information of the live streaming and video on demand edge server. Using this information, it performs the appropriate routing. It manages information such as content present in the different edge servers, if it is not present at a particular edge server, it caches the information from the origin server. |

EXHIBIT 3

Documentation > Content Delivery Network > Product Introduction > Basic Concepts

# Basic Concepts

📥 Download PDF

Last updated: 2020-06-02 11:31:24

### Origin server

This refers to your stably running business server. On the CDN Console, you can select an external server or COS as the origin server.

### External origin

This refers to a server where your own web service is deployed. When connecting to an acceleration domain name, you can enter the server's public IP address as the origin server.

### COS origin

If resources have already been stored in COS, a bucket can be selected as the origin server.

### Edge server

This refers to a network node that CDN uses to cache the content of your origin server in order to quickly respond to user requests from different regions.

https://intl.cloud.tencent.com/document/product/228/36183

EXHIBIT 3

CDN can accelerate global delivery of static resources such as massive amounts of audio/video files, images, and files stored in CVM. With CDN's global cache nodes and scheduling capabilities, frequently requested resources can be delivered to edge servers in advance. When they are accessed or downloaded by end users, the cached resources on a nearby node will be returned.

CDN acceleration for CVM not only reduces the pressure on the origin server, transfer delay, and bandwidth costs, but also significantly improves the service availability.



https://intl.cloud.tencent.com/document/product/228/34035

EXHIBIT 3



https://intl.cloud.tencent.com/global-infrastructure

EXHIBIT 3



EXHIBIT 3

## What is CDN caching?

A CDN, or content delivery network, caches content (such as images, videos, or webpages) in proxy servers that are located closer to end users than origin servers. (A proxy server is a server that receives requests from clients and passes them along to other servers.) Because the servers are closer to the user making the request, a CDN is able to deliver content more quickly.

https://www.cloudflare.com/learning/cdn/what-is-caching/



https://www.cloudflare.com/learning/cdn/what-is-caching/

EXHIBIT 3

## How does content become cached?

When a user requests content from a website using a CDN, the CDN fetches that content from an origin server, and then saves a copy of the content for future requests. Cached content remains in the CDN cache as long as users continue to request it.

## What is a cache hit? What is a cache miss?

A cache hit is when a client device makes a request to the cache for content, and the cache has that content saved. A cache miss occurs when the cache doesn't have the requested content. In the case of a cache miss, a CDN server will pass the request along to the origin server, then cache the content once the origin server responds, so that subsequent requests will result in a cache hit.

https://www.cloudflare.com/learning/cdn/what-is-caching/

EXHIBIT 3



https://intl.cloud.tencent.com/document/product/267/31567

EXHIBIT 3



**Product Architecture**

Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777

| the RRS is further caused to: judge whether the number of buffer nodes of content of | The accused product discloses the system to judge whether the number of buffer nodes (e.g. edge servers) of content of a video data flow corresponding to a live broadcasting service or a video-on-demand service is smaller than a set file level threshold (e.g., 1 server). |
|---|---|
| | The accused product makes a cache storage determination based on whether the set file level threshold is <1 or equal to at least 1. This means if the requested content is not cached in the edge server (<1), it fetches the requested content from the origin and stores the cached content in the edge server to finally provide it to the end user based on its request. |

EXHIBIT 3

a video data flow corresponding to a live broadcasting service or a video-on-demand service is smaller than a set file level threshold.



# Content Delivery Network

A fast, stable, intelligent, and secure content delivery acceleration service

**Get Started**     **Contact Sales**

| Overview | Benefits | Features | Scenarios | Pricing | Developer Resources |

## Overview

Tencent Cloud Content Delivery Network (CDN) is a delivery acceleration service that enables nearby access for end users by delivering content to cache nodes deployed worldwide. The globally distributed network reduces network jitters and latencies, effectively improving download speed, responsiveness and overall user experience.

https://intl.cloud.tencent.com/product/cdn

EXHIBIT 3



https://intl.cloud.tencent.com/global-infrastructure

EXHIBIT 3



EXHIBIT 3

Documentation > Content Delivery Network > Product Introduction > Basic Concepts

# Basic Concepts

⬇ Download PDF

Last updated: 2020-06-02 11:31:24

### Origin server

This refers to your stably running business server. On the CDN Console, you can select an external server or COS as the origin server.

### External origin

This refers to a server where your own web service is deployed. When connecting to an acceleration domain name, you can enter the server's public IP address as the origin server.

### COS origin

If resources have already been stored in COS, a bucket can be selected as the origin server.

### Edge server

This refers to a network node that CDN uses to cache the content of your origin server in order to quickly respond to user requests from different regions.

https://intl.cloud.tencent.com/document/product/228/36183

EXHIBIT 3

CDN can accelerate global delivery of static resources such as massive amounts of audio/video files, images, and files stored in CVM. With CDN's global cache nodes and scheduling capabilities, frequently requested resources can be delivered to edge servers in advance. When they are accessed or downloaded by end users, the cached resources on a nearby node will be returned.

CDN acceleration for CVM not only reduces the pressure on the origin server, transfer delay, and bandwidth costs, but also significantly improves the service availability.



https://intl.cloud.tencent.com/document/product/228/34035

EXHIBIT 3

## What is CDN caching?

A CDN, or content delivery network, caches content (such as images, videos, or webpages) in proxy servers that are located closer to end users than origin servers. (A proxy server is a server that receives requests from clients and passes them along to other servers.) Because the servers are closer to the user making the request, a CDN is able to deliver content more quickly.

https://www.cloudflare.com/learning/cdn/what-is-caching/



https://www.cloudflare.com/learning/cdn/what-is-caching/

EXHIBIT 3

## How does content become cached?

When a user requests content from a website using a CDN, the CDN fetches that content from an origin server, and then saves a copy of the content for future requests. Cached content remains in the CDN cache as long as users continue to request it.

## What is a cache hit? What is a cache miss?

A cache hit is when a client device makes a request to the cache for content, and the cache has that content saved. A cache miss occurs when the cache doesn't have the requested content. In the case of a cache miss, a CDN server will pass the request along to the origin server, then cache the content once the origin server responds, so that subsequent requests will result in a cache hit.

https://www.cloudflare.com/learning/cdn/what-is-caching/

EXHIBIT 3



**VOD**

One-stop VOD service with tens of thousands of distributed transcoding clusters and over 600 CDN nodes.

**LVB**

Top-speed distribution in two seconds, millions of concurrent connections, quick publishing and player SDK for you to acquire LVB capability with ease.

**ILVB**

Ultra-low delay of 400 ms, VJ-audience joint broadcasting and interaction, mainstream platform broadcasting SDK and brand-new LVB solution with various special effects.

**IM**

Various communication services such as instant messaging, audio/video communication, PSTN voice communication, text/voice SMS, traffic services and much more.

# Dedicated cloud services provide one-stop services

Complete VOD, LVB, ILVB and IM services are provided.

https://intl.cloud.tencent.com/solution/video

EXHIBIT 3



https://intl.cloud.tencent.com/document/product/267/31567

EXHIBIT 3



Cloud Video Storage, Video Transcoding Service, and Video Playback Acceleration are the core
components of VOD.

https://intl.cloud.tencent.com/document/product/266/33777