EXHIBIT 4

| US9578040 | Tencent ("The Defendant") |
|---|---|
| 1. A packet receiving method, comprising: | The defendant practices a packet receiving method (e.g., Sender Policy Framework (SPF) protocol).<br><br>builtwith.com/tencent.com<br><br>**Email Hosting Providers**  View Global Trends<br><br>**Tencent QQ Mail**<br>Tencent QQ Mail Usage Statistics · Download List of All Websites using Tencent QQ Mail<br>SPF record for the popular Chinese social network platform.<br><br>**SPF**<br>SPF Usage Statistics · Download List of All Websites using SPF<br>The Sender Policy Framework is an open standard specifying a technical method to prevent sender address forgery.<br><br>**DMARC**<br>DMARC Usage Statistics · Download List of All Websites using DMARC<br>A technical specification created by a group of organizations that want to help reduce the potential for email-based abuse<br>DMARC<br><br>https://builtwith.com/tencent.com |

EXHIBIT 4

| | |
|---|---|
| | **Sender Policy Framework (SPF) for Authorizing Use of Domains in Email, Version 1**<br><br>Abstract<br><br>Email on the Internet can be forged in a number of ways. In particular, existing protocols place no restriction on what a sending host can use as the "MAIL FROM" of a message or the domain given on the SMTP HELO/EHLO commands. This document describes version 1 of the Sender Policy Framework (SPF) protocol, whereby ADministrative Management Domains (ADMDs) can explicitly authorize the hosts that are allowed to use their domain names, and a receiving host can check such authorization.<br><br>https://tools.ietf.org/html/rfc7208 |
| receiving a service request packet sent by a terminal device, wherein the service request packet carries a terminal domain name indicating the terminal device and a server domain name indicating a service server required by the service request packet sent by the terminal device; | The defendant practices receiving a service request packet sent by a terminal device (e.g., MTAs), wherein the service request packet carries a terminal domain name indicating the terminal device (e.g., domain names in the "MAIL FROM" or "HELO" identities) and a server domain name indicating a service server required by the service request packet sent by the terminal device (e.g., domain verification DNS hosting).<br><br>MSPs (Mail Service Providers -- Section 2.3 of [RFC5598]) that offer mail services to third-party domains, such as the sending of bulk mail, might want to adjust their configurations in light of the authorization check described in this document. If the domain part of the "MAIL FROM" identity used for such email uses one of the MSP's domains, then the provider needs only to ensure that its sending host is authorized by its own SPF record, if any.<br><br>If the "MAIL FROM" identity does not use the MSP's domain, then extra care has to be taken. The SPF record format has several options for the third-party domain to authorize the service provider's MTAs to send mail on its behalf. For MSPs, such as ISPs, that have a wide variety of customers using the same MTA, steps are required to mitigate the risk of cross-customer forgery (see Section 11.4).<br><br>https://tools.ietf.org/html/rfc7208 |

EXHIBIT 4

2.2. Checking Authorization

A mail receiver can perform a set of SPF checks for each mail message it receives. An SPF check tests the authorization of a client host to emit mail with a given identity. Typically, such checks are done by a receiving MTA, but can be performed elsewhere in the mail processing chain so long as the required information is available and reliable. The "MAIL FROM" and "HELO" identities are checked as described in Sections 2.4 and 2.3, respectively.

https://tools.ietf.org/html/rfc7208

3. SPF Records

An SPF record is a DNS record that declares which hosts are, and are not, authorized to use a domain name for the "HELO" and "MAIL FROM" identities. Loosely, the record partitions hosts into permitted and not-permitted sets (though some hosts might fall into neither category).

The SPF record is expressed as a single string of text found in the RDATA of a single DNS TXT resource record; multiple SPF records are not permitted for the same owner name. The record format and the process for selecting records are described below in Section 4. An example record is the following:

https://tools.ietf.org/html/rfc7208

4.4. Record Lookup

In accordance with how the records are published (see Section 3 above), a DNS query needs to be made for the <domain> name, querying for type TXT only.

https://tools.ietf.org/html/rfc7208

EXHIBIT 4

| | |
|---|---|
| resolving the received server domain name to obtain a service server Internet protocol (IP) address; and | The defendant practices resolving the received server domain name to obtain a service server Internet protocol (IP) address (e.g., domain name is resolved to IP address).<br><br>```
The <ip>'s name is looked up using this procedure:

o  Perform a DNS reverse-mapping for <ip>: Look up the corresponding
   PTR record in "in-addr.arpa." if the address is an IPv4 address
   and in "ip6.arpa." if it is an IPv6 address.

o  For each record returned, validate the domain name by looking up
   its IP addresses.  To prevent DoS attacks, the PTR processing
   limits defined in Section 4.6.4 MUST be applied.  If they are
   exceeded, processing is terminated and the mechanism does not
   match.

o  If <ip> is among the returned IP addresses, then that domain name
   is validated.
```<br>https://tools.ietf.org/html/rfc7208<br><br>```
4.1.  Arguments

   The check_host() function takes these arguments:

   <ip>     - the IP address of the SMTP client that is emitting
              the mail, either IPv4 or IPv6.

   <domain> - the domain that provides the sought-after authorization
              information; initially, the domain portion of the
              "MAIL FROM" or "HELO" identity.

   <sender> - the "MAIL FROM" or "HELO" identity.
```<br>https://tools.ietf.org/html/rfc7208 |
| discarding the service request packet if the | The defendant practices discarding the service request packet if the resolved service server IP address does not belong to a preset service server IP address corresponding to the received terminal domain name in a preset list (e.g., |

EXHIBIT 4

| | |
|---|---|
| resolved service server IP address does not belong to a preset service server IP address corresponding to the received terminal domain name in a preset list, wherein in the preset list the terminal domain name of each terminal device is correspondingly provided with a plurality of accessible service server IP addresses under an access authority of the terminal device. | publishing authorization), wherein in the preset list the terminal domain name of each terminal device is correspondingly provided with a plurality of accessible service server IP addresses under an access authority of the terminal device.<br><br>As shown below, the defendant discards the unauthorized IP addresses.<br><br>2.1. Publishing Authorization<br><br>An SPF-compliant domain publishes valid SPF records as described in Section 3. These records authorize the use of the relevant domain names in the "HELO" and "MAIL FROM" identities by the MTAs specified therein.<br><br>https://tools.ietf.org/html/rfc7208 |

EXHIBIT 4

```
These examples are based on the following DNS setup:

; A domain with two mail servers, two hosts, and two servers
; at the domain name
$ORIGIN example.com.
@               MX   10 mail-a
                MX   20 mail-b
                A    192.0.2.10
                A    192.0.2.11
amy             A    192.0.2.65
bob             A    192.0.2.66
mail-a          A    192.0.2.129
mail-b          A    192.0.2.130
www             CNAME example.com.

; A related domain
$ORIGIN example.org.
@               MX   10 mail-c
mail-c          A    192.0.2.140

; The reverse IP for those addresses
$ORIGIN 2.0.192.in-addr.arpa.
10              PTR example.com.
11              PTR example.com.
65              PTR amy.example.com.
66              PTR bob.example.com.
129             PTR mail-a.example.com.
130             PTR mail-b.example.com.
140             PTR mail-c.example.org.

; A rogue reverse IP domain that claims to be
; something it's not
$ORIGIN 0.0.10.in-addr.arpa.
4               PTR bob.example.com.
```

https://tools.ietf.org/html/rfc7208

EXHIBIT 4